STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

## NOT DESIGNATED FOR PUBLICATION

Peggy J. Sullivan                    Joseph Anthony Romero
La Appellate Project                 Louisiana State Penitentiary DOC # 125620
P. O. Box 2806                       Camp D - Raven 1 - R/1
Monroe LA 71207                      Angola LA 70712

REHEARING ACTION: March 16, 2011

Docket Number: 09   01507-KA

STATE OF LOUISIANA
VERSUS
JOSEPH ANTHONY ROMERO

Appealed from Iberia Parish Case No. 07-623

BEFORE JUDGES:

Hon. Oswald A. Decuir
Hon. Marc T. Amy
Hon. J. David Painter

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Joseph Anthony Romero** has this day been

**DENIED.**

cc: Hon. J. Phillip Haney, Counsel for the Appellee
    Jeffrey J. Trosclair, Counsel for the Appellee
    Walter James Senette  Jr., Counsel for the Appellee